**SUPREME COURT OF NEW JERSEY**
**D- 167 September Term 2020**
**086156**

In the Matter of                                    :

Virginia S. Ryan,                                   :          **F I L E D**                    **O R D E R**

An Attorney At Law                                  :          AUG 1 7 2021

(Attorney No. 040621989)                            :          CLERK

                                                    :

　　　**Virginia S. Ryan** of **Livingston**, who was admitted to the bar of this State

in 1989, having tendered her consent to disbarment as an attorney at law of the

State of New Jersey, and good cause appearing;

　　　It is ORDERED that **Virginia S. Ryan** is disbarred by consent, effective

immediately; and it is further

　　　ORDERED that respondent's name be stricken from the roll of attorneys

and that he be permanently restrained and enjoined from practicing law; and it is

further

　　　ORDERED that all funds, if any, currently existing or hereinafter deposited

in any New Jersey financial institution maintained by **Virginia S. Ryan** pursuant

to Rule 1:21-6 shall be restrained from disbursement except on application to this

Court for good cause shown and shall be transferred by the financial institution to

the Clerk of the Superior Court, who is directed to deposit the funds in the

Superior Court Trust Fund pending further Order of this Court; and it is further

ORDERED that respondent comply with Rule 1:20-20 dealing with disbarred attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in Rule 1:20-17.

WITNESS, the Honorable Stuart Rabner, Chief Justice, at Trenton, this 17th day of August, 2021.

CLERK OF THE SUPREME COURT